FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EAST COLUMBIA BASIN IRRIGATION DISTRICT; QUINCY COLUMBIA BASIN IRRIGATION DISTRICT; and SOUTH COLUMBIA BASIN IRRIGATION DISTRICT,<br><br>    Plaintiffs,<br><br> v.<br><br>UNITED STATES OF AMERICA; UNITED STATES BUREAU OF RECLAMATION; RYAN ZINKE, in his official capacity as the Secretary of the Interior; BRENDA BURMAN, in her official capacity as Commissioner for the Bureau of Reclamation; and LORRI GRAY, in her official capacity as the Regional Director of the Pacific Northwest Region of the Bureau of Reclamation,<br><br>    Defendants. | NO: 2:18-CV-97-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

**BEFORE THE COURT** is Plaintiffs' Notice of Voluntary Dismissal without Prejudice, filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), LR 41.1. ECF No. 6.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

Having reviewed the Notice and the record, and there being no objection to dismissal, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Notice of Voluntary Dismissal without Prejudice, **ECF No. 6**, is **APPROVED**.

2. Plaintiffs' Complaint, ECF No. 1, is dismissed without prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** June 19, 2018.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                          United States District Judge